```
                              FILED
                       CLERK, U.S. DISTRICT COURT

                           JUN - 7 2012

                       CENTRAL DISTRICT OF CALIFORNIA
                       BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

12-159 MMM-7

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>Stephen Baylin<br>    Defendant. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✗)  the appearance of defendant as required; and/or

    (B)  (✗)  the safety of any person or the community.

//
//

```
1         The court concludes:
2   A.  (X) Defendant poses a risk to the safety of other persons or the community
3         because defendant has not demonstrated by clear and convincing
4         evidence that:
5         see PSR Rep[t]
...
10  (B) (X) Defendant is a flight risk because defendant has not shown by clear
11        and convincing evidence that:
...
13        see PSR Report
...
17        IT IS ORDERED that defendant be detained.
19  DATED: 6/7/12
```

STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

2